IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VERA ARNOLD                                                                                           PETITIONER

VS.                                    CASE NO. 1:05CV00050 GH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 13th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE